ORIGINAL

FILED

09/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0545

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 18-0545

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ANTHONY EUGENE PETTY,

    Defendant and Appellant.

FILED

SEP 01 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for Appellant Anthony Eugene Petty filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Petty time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude no arguments with potential legal merit can be raised in a direct appeal of Petty's conviction in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Petty personally.

DATED this 1st day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____
                Justices